*LEGGETT v. DUBOIS AND WALTON.* [*574]

Where a deposit is made upon obtaining an injunction, by way of security for costs, the right to the money cannot be decided until the final hearing of the cause on the merits.

The defendant is not entitled to the deposit immediately, upon a dissolution of the injunction on bill and answer.

THE complainant in this cause had obtained an injunction to stay a trial at law on making the usual deposit. On the coming in of the answer the injunction was dissolved. August 6th

*J. Rhoades*, now on behalf of the defendants, upon an affidavit stating that they had obtained a verdict in the suit at law brought against the complainant, moved to have their costs of preparing for trial at the former circuit paid out of the money in court.

1829.

Decarters
v.
La Farge.

THE CHANCELLOR:—The right to deposits of this description cannot be ascertained in this stage of the suit. Although the injunction is dissolved on the coming in of the answer, it may be revived and made perpetual on the final hearing, upon the pleadings and proofs. If it should turn out by the final decree in this cause that the suit at law was unconscientious or inequitable, the defendants would not be entitled to the costs which they had improperly made in that suit. The deposit must remain to abide the final decision of the cause.